## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DEVON BERNARD HARROD**

*Plaintiff*

v.

**MAYOR AND CITY COUNCIL BALTIMORE CITY**, *et al.*

*Defendants*

Case # _____

JURY TRIAL DEMANDED

## AFFIDAVIT OF ARON JOHNSON

Comes now the Affiant and hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the following paper are true:

1. My name is Aron Johnson and I am over eighteen (18) years of age and competent to testify.

2. On August 20, 2015, I was sitting in my truck speaking to Devon Harrod at around ten p.m. on West Lexington Street near the intersection with North Poppleton Street in Baltimore, Maryland.

3. As we were talking, two police officers, whom I did not know, drove up to us in an unmarked car, jumped out, and started giving us orders.

4. I sat in the driver's seat of my truck while the police officers searched the truck, after which search they claimed to have found a gun in the back of the truck.

5. I did not have a gun in my truck, and Mr. Harrod was not carrying a gun. Mr. Harrod was also never in my truck that evening. I immediately suspected that the police had brought the gun with them.

6. The police officers began to threaten us, both with physical intimidation and with threats of unlawful prosecution. One of the officers, who was white, put his handgun in my face and pressed it into my temple.

7. Both of the officers were also threatening us that they would charge us with a murder related to the gun, which they claimed to have just found, if we did not confess to the gun possession.

8. The officers were also seeking information about local criminal activity, which we did not know about.

9. Mr. Harrod, fearing the murder charge that they threatened him with, agreed to offer a false confession to possession of a handgun.

10. The white officer used his cell phone camera to record a video confession of Mr. Harrod, right there on the sidewalk of Lexington Street, and arrested him.

11. The officers released me without pressing any charges. However, one or both of the officers stole over a thousand dollars from me, which I had earned through my employment for a residential electrical contractor.

12. I later recognized the white officer who threatened me with his gun as Wayne Jenkins, when he appeared in the media as a result of his indictment and corruption for corrupt activities

_____  
Aron Johnson

8-17-2018  
Date