IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEVON BERNARD HARROD, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 18-2542-GLR |
| MAYOR AND CITY COUNCIL BALTIMORE CITY, et al., | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO THE BPD'S OPPOSITION TO MR. HENDRIX'S MOTION TO DISMISS

Defendant Evodio Hendrix, by his undersigned counsel, and with the consent of defendant/cross-plaintiff, Baltimore City Police Department ("BPD"), moves to extend the time until December 28, 2018, for Mr. Hendrix to file a reply to the BPD's opposition to Mr. Hendrix's Motion to Dismiss the BPD's cross-claim. The grounds of this motion are as follows:

1. On November 9, 2018, Mr. Hendrix moved to dismiss the BPD's cross-claim. *See* ECF 31. On December 3, 2018, the BPD opposed Mr. Hendrix's motion. *See* ECF 37. Accordingly, Mr. Hendrix's reply to that opposition is due December 17, 2018. *See* L.R. 105.2.a.

2. The parties are discussing a possible resolution that may alleviate the need for a ruling on Mr. Hendrix's motion to dismiss the cross-claim. The parties, however, have not yet concluded their discussions on this issue.

3. Therefore, undersigned counsel seeks an extension of time to file the reply to the BPD's opposition.

4.      The BPD and Mr. Hendrix have agreed to extend the time until December 28, 2018, for Mr. Hendrix to file any reply.

5.      The extension contemplated by this motion will not prejudice any party to this litigation. This motion is not made for the purpose of mere delay or any other improper purpose.

WHEREFORE, Defendant Evodio Hendrix requests that this Court extend the time, up to and including December 28, 2018, for Mr. Hendrix to file a reply to the BPD's opposition.

Dated: December 17, 2018

/s/
_____
Christopher C. Jeffries (Fed. Bar. No. 28587)
Ezra S. Gollogly (Fed. Bar No. 28088)
Emily R. Greene (Fed. Bar. No. 20302)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
Fax: (410) 539-1269
cjeffries@kg-law.com
egollogly@kg-law.com
egreene@kg-law.com

*Attorneys for Evodio Hendrix*


APPROVED this _____ date of _____, 2018.



_____
George L. Russell, III
United States District Judge