IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DEVON BERNARD HARROD.** *Plaintiff*, v. **MAYOR AND CITY COUNCIL BALTIMORE CITY,** *et al.* *Defendants.* | **Case No. 18-2542-SAG** |

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

COMES NOW Roberto E. Alejandro, and hereby gives notice of his withdrawal as counsel of record. The Plaintiff will continue to be represented by other counsel of record, Cary J. Hansel, and Hansel Law, P.C.

Respectfully submitted,

_____/s/ Roberto Alejandro_____
Roberto E. Alejandro, Bar No. 21215
Law Offices of Jay S. Marks, LLC
10770 Columbia Pike, Suite 200
Silver Spring, MD 20901
Phone: 301-578-4444
Facsimile: 301-587-9397
roberto@marksjustice.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August, 2020, a copy of the foregoing Notice of Withdrawal was electronically filed with e-service to all parties so entitled.

_____/s/ *Roberto Alejandro*_____
Roberto Alejandro